CLARA BLAINE, Appellant, v. THE CITY OF NEW YORK, Respondent.— Order reversed on the law and the facts, with ten dollars costs and disbursements, motion granted, without costs, and matter remitted to the Special Term for the appointment of a referee and the fixation of the time and place of examination. Section 354 of the Civil Practice Act entitles plaintiff to the order sought. She made a showing which complies with that section. Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ., concur.

MARIE A. CANNON, Respondent, v. JACK R. CANNON, Appellant.— Order modified by reducing the counsel fee to $150 and by eliminating the provision directing the payment of temporary alimony. As so modified the order is affirmed, without costs. The granting of alimony *pendente lite* rests on a showing of necessity. Such a showing is not present here. In the event the divorce action is reached for trial by reason of the disposition of the annulment action in favor of the wife, the court can then, on the situation established on the trial, determine whether or not alimony should be granted in the sound exercise of discretion, uninfluenced by the rulings with respect to alimony *pendente lite*. Lazansky, P. J., Kapper, Carswell, Scudder and Davis, JJ., concur.

JULIA CIANI, an Infant, by PAUL CIANI, Her Guardian ad Litem, etc., and PAUL CIANI, etc., Respondents, v. AMERICAN MOTOR TRUCKING AND EXPRESS COMPANY, a Corporation, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Davis, JJ.